**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-2065

THEODORE JUSTICE,

Plaintiff - Appellant,

versus

ART POPE, in his individual and official
capacity; JACK S. HOLMES, in his individual
and official capacity; NANCY WELLS, in her
individual and official capacity; CARON CROSS,
in her individual and official capacity; DAWN
STEADMAN, in her individual and official
capacity; KRISTEN MCRAY, in her individual and
official capacity; BUCK LATTIMORE, in his
individual and official capacity; TRACY
WEAVER, in her individual and official
capacity, and others sued in their individual
and official capacities,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at New Bern. Louise W. Flanagan, Chief
District Judge. (5:07-cv-00251-FL)

Submitted: January 24, 2008          Decided: February 12, 2008

Before WILKINSON, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Theodore Justice, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theodore Justice appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Justice v. Pope, No. 5:07-cv-00251-FL (E.D.N.C. July 2, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED